UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | §<br>§<br>§ | |
| v | § | CAUSE NO. 4:08-cv-1470 |
| | § | |
| $31,763.00 in U.S. CURRENCY<br>Defendant | §<br>§<br>§ | |

## CLAIMANT'S ORIGINAL ANSWER

Claimant, Pravin Patel ("Patel"), files this, his Original Answer to the Verified Complaint for Forfeiture in rem. The following numbered paragraphs correspond to the paragraphs contained in the Verified Complaint for Forfeiture in rem ("Complaint").

### Nature of the Action

1. To the extent necessary for Patel to admit or deny the allegations and statements contained in this paragraph, they are admitted.

### Jurisdiction and Venue

2. This paragraph is admitted

3. This paragraph is admitted.

**Defendant in rem**

4. Patel admits this paragraph to the extent that the monies were seized on December 16, 2007. Patel cannot admit or deny as to the actual location of the monies at the present time.

**Facts**

5. Patel admits that he was boarding a Continental Airlines flight on December 16, 2007. Patel admits that a CBP officer asked if Patel was carrying/transporting more than $10,000.00 in cash. Patel neither admits nor denies at this time that he stated that he was carrying $1,000.00 or that he signed a CBP form in which he stated he was carrying $1,000.00. Patel admits that he was taken into another room for examination.

6. Patel admits that the CPB officer located two envelopes on him. Patel can neither admit nor deny that that $10,000.00 was found in each envelope. Patel admits that another envelope was found on his person but can neither admit or deny that $10,000.00 was in the envelope. Patel admits that an additional $1,763.00 in currency was found. Patel admits that a total of $31,763.00 was found in his possession.

## Relief Requested

7. This paragraph is denied.

8. Patel can neither admit nor deny this paragraph.

>Respectfully submitted,
>
>HILDER & ASSOCIATES, P.C.
>
>*/s/ Gene P. Tausk*
>Eugene Paul Tausk
>TEX: 24003035
>FED ID: 22203
>Philip H. Hilder
>TEX: 09620050
>819 Lovett Blvd.
>Houston, TX  77006-3905
>(713) 655-9111
>(713) 655-9112 (fax)
>
>ATTORNEYS FOR CLAIMANT

## CERTIFICATE OF SERVICE

I certify that this Original Answer was served on Albert Ratliff, Assistant United States Attorney via ECF on June 27, 2008.

>*/s/ Gene P. Tausk*
>Gene P. Tausk