UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-08-1470 |
| | § | |
| $31,763.00 IN U.S. CURRENCY, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

The agreed motion for an order of forfeiture and final judgment (Dkt. 11) is GRANTED. The Court finds under 28 U.S.C. § 2465(a)(2) that there was reasonable cause for the seizure or arrest of defendant *in rem* $31,763.00 in U.S. currency. It is therefore ORDERED that,

1. $19,057.80 of defendant's property is forfeited to the United States. The United States Department of Homeland Security shall dispose of the funds,

2. The United States Department of Homeland Security shall return to Pravinbhai Patel, claimant, $12,705.20 of defendant's property by sending a check payable to Pravinbhai Patel, c/o attorney Gene P. Tausk, 819 Lovett Blvd., Houston TX 77006-3905,

3. Claimant Pravinbhai Patel will hold the United States, including its employees, agents and assignees harmless for any damages or causes of action relating to this action,

4.      Claimant Pravinbhai Patel will bear his costs including attorneys' fees, and

5.      Any relief not specifically granted is DENIED.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on August 25, 2008.

_____
Gray H. Miller
United States District Judge

TO ENSURE PROPER NOTICE, EACH PARTY RECEIVING THIS ORDER SHALL
FORWARD IT TO EVERY OTHER PARTY AND AFFECTED NONPARTY